## IN RE WILLIAMS
[No. 49, October Term, 1941.]

*Decided December 4, 1941.*

The cause was argued before BOND, C. J., SLOAN, DELAPLAINE, COLLINS, FORSYTHE, and MARBURY, JJ.

*V. Calvin Trice* for the appellant.

*Robert E. Clapp, Jr., Assistant Attorney General,* with whom were *William C. Walsh, Attorney General,* and *Calvin Harrington, Jr., State's Attorney for Dorchester County,* on the brief, for the prosecution.

COLLINS, J., delivered the opinion of the Court.